IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01589-MSK-MEH

SAMUEL J. MARTINEZ,

    Petitioner,

v.

MICHAEL ARELLANO, and
COLORADO ATTORNEY GENERAL,

    Defendants.

## ORDER

This matter is before the Court *sua sponte*.

It is hereby ORDERED that on or before February 25, 2010, the Clerk of the 10th Judicial District Court in Pueblo County, Colorado, shall provide to this Court the original written record of Pueblo County Case No. 04CR729, *People v. Samuel J. Martinez.*

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the 10th Judicial District Court by facsimile to (719) 586-8830 and by regular mail to Clerk of the 10th Judicial District Court, 320 W. 10th Street, Pueblo, CO, 81003.

Dated this 26th day of January, 2010, in Denver, Colorado.

                        BY THE COURT:

                        s/ Michael E. Hegarty
                        Michael E. Hegarty
                        United States Magistrate Judge