IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

CIVIL ACTION NO. 08-cv-01589 MSK

SAMUEL J. MARTINEZ, also known as
SAMUEL JULIUS MARTINEZ,

    Petitioner,

vs.

MICHAEL ARELLANO, Fort Lyon Correctional Facility; and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Respondent.

---

## ORDER RETURNING STATE COURT RECORD

---

    Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

    **ORDERED** that the Clerk shall return the State Court Record.

    DATED this 11th day of June, 2012.

                                                  BY THE COURT:

                                                Marcia S. Krieger
                                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01589

Pueblo County Court
320 W. 10th St.
Pueblo, CO 81003

Jonathan Patrick Fero - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


Samuel J. Martinez
#66531
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  7/10/2012  .

                                               GREGORY C. LANGHAM, CLERK


                                         By: s/ D. Berardi
                                              Deputy Clerk